Styled David Sab V Kathryn Sab

Dear Judge Abascal,
Per rule 24.2 rules of appellant procedure David Sab files this affidavit of networth per rule (c) (1) This affidavit is for the court to determine the courts ruling per rule (2) . This request is for relief under rule (5) (b) lesser amount David Sab is willing to offer any request to discovery this court may ask, or the any other from of discovery any parties may have in this motion.

David Sab understands this is a complicated issue for this court, this court has awarded David Sab assets sworn to by Kathryn Sab and Mr. Duarte in a trial held in this court on 4-15-15 as the court record and trial transcript indicate, however as David Sab has noticed this court, David Sab has never ever had custody or control of the assets listed in this courts award as described in the decree signed by this court.
To further notice this court, David Sab has requested from Attorney Duarte any and all of his knowledge of the assets only to be referred to this court and given the answer he will only respond to pleadings in this court. David Sab then attempted to contact Kathryn Sab to request information on the only to receive a call from local law enforcement should I contact her again I will be jailed, that my only option is to contact Duarte.
Then David Sab searched the courts file to seek the evidence presented to this court to attempt a search for the assets only to find pictures of the assets with no identifying information attached to the pictures such as license plate, a serial number, some kind of reference to the picture. I only find a picture of asset.

With this being said I must file this affidavit with information that completely contradicts the courts record, as nothing other than a picture is all I can locate to verify the assets listed in the division of the martial estate in this case.

Pro Se



# Net Worth Affidavit
## Appeals number 04-15-00477-CV
## Court case number 14-09-12373DJVA

## Styled David Sab V Kathryn Sab

## Net Worth Affidavit of David Sab

Assets
1. 1956 jeep with a blown motor value 80.00
2. 7 mm long gun                Value 250.00
3. Personal property                 200.00

Total assets value                      530.00

Debits
1. IRS lien               118,000.00
2. IRS debits             255,000.00
3. Judgments             165,000.00
4. Debits corporation     180,000.00
Total Debits             688,000.00

Total net worth          < 687,470 > this is a negative number

I swear this information is true an correct , I am over 18 years old and I personally entered all information in this document under penalty of perjury. I have researched the information in this courts records and find no assets as listed as described in its award to David Sab or Pro South construction. I attempted all forms of discovery available to me as described on page 1 of this document and only can verify the assets listed in this affidavit

David Sab
Pro Se

State of Texas
County of Parker

Sworn to and subscribed before me on
the 12 day of Aug. , 2015

Notary Public's Signature
My Commission Expires July 13, 2016

EMILY MCINTUS
My Commission Expires
July 13, 2016

